# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID BROWN, SR.** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | **No. 16-4746** |
| v. : | | |
| : | | |
| **COILPLUS-PENNSYLVANIA, INC.,** : | | |
| **UNITED STEEL, PAPER & FORESTRY,** : | | |
| **RUBBER, MANUFACTURING, ENERGY,** : | | |
| **ALLIED INDUSTRIAL AND SERVICE** : | | |
| **WORKERS INTERNATIONAL UNION,** : | | |
| **AFL-CIO, CLC, LOCAL UNION #4889-08** : | | |
| Defendant. : | | |

**MCHUGH, J.**                                                                                                         **June 21, 2017**

## ORDER

This 20th day of June, 2017, upon consideration of Plaintiff's Amended Complaint (Dkt. 19), Defendants' Motions to Dismiss (Dkt. 21, 22) and the parties' responses and replies thereto (Dkt. 25, 26, 27, 30) and the parties' supplemental briefs (Dkt. 34, 35, 36), it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED**. Plaintiff's Amended Complaint is thus **DISMISSED WITH PREJUDICE**.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Judge